United States Bankruptcy Court
District of Connecticut

In re:                                                                    Case No. 16-30837-jam
Charles John Matas, Jr.                                                   Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3           User: admin              Page 1 of 1              Date Rcvd: Aug 22, 2016
                               Form ID: 100             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
db              +Charles John Matas, Jr.,    89 East Gate Lane,    Hamden, CT 06514-2232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                       Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
              Andrew S. Cannella    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R7
               bkecf@bmpc-law.com
              Kara S. Rescia     court@ctmalaw.com,   CT23@ecfcbis.com;jenn@ctmalaw.com
              Ronald J. Barba    on behalf of Creditor    Eastgate Condominium Association, Inc.
               ronaldbarba@babcondolaw.com
              Tracy F. Allen    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R7
               BKECF@bmpc-law.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 5

# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
August 22, 2016

In re:
Charles John Matas Jr.
Last four digits of Social−Security No or other Individual
Taxpayer−Identification No (ITIN): xxx−xx−8919
                              Debtor(s)

Case Number: 16−30837 jam
Chapter: 7

## NOTICE OF REQUIREMENT TO FILE CERTIFICATION OF COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE

PLEASE BE ADVISED that pursuant to 11 U.S.C. § 727(a)(11), each Debtor, subject to statutory exceptions, is required to complete an approved instructional course concerning personal financial management within 60 days of the first date set for the meeting of creditors in order to receive a discharge.

Pursuant to Fed. R. Bankr. P. 1007(b)(7), unless an approved provider of an instructional course concerning personal financial management has notified the court that a Debtor has completed the course after filing the petition, each Debtor must complete and file a "Debtor's Certification About a Financial Management Course" (Official Form B423).

Failure to file the certification by the date specified below will result in the case being closed without an entry of discharge. If your case is closed without a discharge being issued, you may file a motion to reopen the case to request that a discharge be granted. A filing fee (currently $260.00) will be charged for filing the motion to reopen, whether or not the motion to reopen or the discharge is granted.

**Official Form B423 from Debtor or Personal Financial Management Course Certificate from Course Provider Due: September 6, 2016**

The Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition.

Staff members of the Bankruptcy Court Clerk's Office are available to assist with procedural matters; however they are not allowed to provide legal advice. Please do not contact the staff for legal advice.

Dated: August 22, 2016

For the Court

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 100