UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE:  Charles John Matas, Jr. | ) | Case No.  16-30837-JAM |
| | ) | **Chapter 7 Proceeding** |
| **Debtor** | ) | **August 30, 2016** |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

William R. Dziedzic of the firm of Bendett & McHugh, P.C. hereby appears on behalf of **Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R7** and requests that, pursuant to Bankruptcy Rule 2002(g), William R. Dziedzic, Esq. of Bendett & McHugh, P.C. receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, conformed copies of orders, and any other documents or instruments filed in the above-captioned bankruptcy proceeding.  All such documents should be served upon the following:

**William R. Dziedzic, Esq.**
**Bendett & McHugh, P.C.**
**270 Farmington Avenue, Suite 171**
**Farmington, CT  06032**

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy, or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Farmington, Connecticut this 30th day of August, 2016.

By */s/ William R. Dziedzic*
    William R. Dziedzic
    Movant's Attorney
    Federal Bar No.ct27817
    Bendett & McHugh, P.C.
    270 Farmington Avenue, Suite 171
    Farmington, CT  06032
    Phone: (860) 677-2868
    Fax: (860) 409-0626
    Email: BKECF@bmpc-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 30th day of August, 2016, a copy of the foregoing was served to the following:

Charles John Matas, Jr.
Debtor
89 East Gate Lane
Hamden, CT 06514
*Via First Class Mail*

Kara S. Rescia, Esq.
Trustee
*Via Electronic Notice of Filing*

U.S. Trustee
Office of the U.S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
*Via Electronic Notice of Filing*

By */s/ William R. Dziedzic*
William R. Dziedzic
Movant's Attorney
Federal Bar No.ct27817
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
Email: BKECF@bmpc-law.com