# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
September 7, 2016

In re:
Charles John Matas Jr.
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–8919
Debtor(s)

Case Number: 16–30837 jam
Chapter: 7

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **October 18, 2016** at **10:00 AM** to consider and act upon the following matter(s):

**Motion for Enlargement of deadline to submit agrument and supporting documents Filed by Charles John Matas Jr., Debtor. (Re: Doc #38)**

**OBJECTION(S) DUE:** October 11, 2016 before 4:00 p.m.

**CERTIFICATE OF SERVICE DUE:** October 11, 2016 before 4:00 p.m. Failure to file by the due date may result in the hearing being marked off.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: September 7, 2016

For the Court

*Myrna Atwater*
Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – sr